**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

| | |
|---|---|
| WAYNE SHERROD<br>14802 Dunleigh Drive<br>Bowie, MD 20721<br>                    Plaintiff,<br><br>v.<br><br>NATIONAL FIRE PROTECTION, LLC<br>515 Dover Road, Ste. 2600<br>Rockville, MD 20850<br>Montgomery County<br><br>     and<br><br>JOHN J. KIRLIN, LLC<br>515 Dover Road, Ste. 2100<br>Rockville, MD 20850<br>Montgomery County<br>                    Defendants. | Civil Action No.  **8:10-cv-00665-AW**<br><br>**The Honorable Alexander Williams** |

## JOINT STATUS REPORT

In accordance with the Court's Order for Initial Scheduling Conference entered in the above-captioned case on August 31, 2010 (Dkt. No. 17) and pursuant to Local Rules 103 and 104 of this Court, counsel for plaintiff Wayne Sherrod and defendants National Fire Protection ("Defendant" or "NFP") and John J. Kirlin, LLC ("Defendant" or "Kirlin")(collectively the "Parties") hereby report the following:

1. <u>Possibility of Settlement</u>:  The Parties have briefly explored settlement by telephone, but at this time the parties believe that further settlement discussions are premature and will have to await the exchange of discovery.

2. <u>Early Settlement/Alternative Dispute Resolution (ADR) Conference:</u> After the completion of discovery, alternative dispute resolution in the form of mediation is a possibility.

3. <u>Deposition Hours</u>: Plaintiffs believe that 62 hours of deposition time is appropriate. Defendants believe the number of hours proposed by the Court in the scheduling order are sufficient.

4. <u>Assignment to Magistrate Judge:</u> At this time, the Parties do not agree that this case should be assigned to a magistrate judge.

5. <u>Electronic Discovery</u>: The Parties have begun and will continue to discuss discovery of electronically stored information.

6. <u>Other Matters</u>:  The Parties agree that no other matters are appropriate for inclusion in the Scheduling Order.

    Respectfully Submitted,

/s/ John A. Mathews II  
John A. Mathews II (D. Md. Bar No. 17953)  
LATHAM & WATKINS LLP  
555 Eleventh Street, NW, Suite 1000  
Washington, DC 20004-1304  
Phone: (202) 637-2179  
Fax:     (202) 637-2201  
Email: John.Mathews@lw.com  

/s/ Emily B. Read  
/s/ John A. Mathews II  
(*signed by John A. Mathews II with permission of Emily B. Read*)  
Emily Brittain Read (D. Md. Bar No. 17700)  
WASHINGTON LAWYERS' COMMITTEE  
FOR CIVIL RIGHTS & URBAN AFFAIRS  
11 Dupont Circle, N.W., Suite 400  
Washington, D.C. 20036  
Phone: (202) 319-1000  
Fax:     (202) 319-1010  
Email: emily_read@washlaw.org

*ATTORNEYS FOR PLAINTIFF WAYNE SHERROD*

By: /s/ Patrick L. Clancy
/s/ John A. Mathews II
(*signed by John A. Mathews II with permission of Patrick L. Clancy*)
Patrick L. Clancy (D. Md. Bar No. 05423)
VENABLE LLP
One Church Street, Fifth Floor
Rockville, MD 20850
Phone: (301) 217-5615
Fax: (301) 217-5617
Email: PLClancy@venable.com

Todd J. Horn (D. Md. Bar No. 06849)
/s/ John A. Mathews II
(*signed by John A. Mathews II with permission of Todd J. Horn*)
750 East Pratt Street, Suite 900
Baltimore, MD 21202
Phone: (410) 244-7709
Fax: (410) 244-7742
Email: THorn@venable.com

*COUNSEL TO DEFENDANTS NATIONAL FIRE PROTECTION AND JOHN J. KIRLIN, LLC*